No. 624. BLACK ROCK POWER & IRRIGATION COMPANY *v.* W. R. ADAMSON ET AL. Appeal from the Circuit Court of Appeals for the Ninth Circuit. Motion to dismiss submitted December 15, 1924. Decided January 5, 1925.

*Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 128, Judicial Code; *Shulthis* v. *Mc-Dougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Delaware, Lackwanna & Western R. R. Co.* v. *Yurkonis,* 238 U. S. 439, 444. *Mr. Carroll B. Graves,* for appellees, in support of the motion to dismiss. *Mr. George Donworth, Mr. Elmer E. Todd* and *Mr. John C. Higgins,* for appellant, in opposition to the motion. [See *post,* p. 630.]